MICHAEL P. VERNA (# 84070)
ROBERT I. WESTERFIELD (# 112183)
VERONICA ANN O. BENIGNO (# 238053)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rwesterfield@bowlesverna.com

Attorneys for Plaintiff
EAST BAY MUNICIPAL UTILITY DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Municipal Utility District,<br><br>   Plaintiff,<br><br>vs.<br><br>National Union Fire Insurance Company of Pittsburgh, PA.; Does 1 through 20, inclusive<br><br>   Defendants. | CASE NO.: 3:09-cv-00614-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:   September 10, 2009<br>Time:   2:30 p..m.<br>Ctrm: |

Based on the Stipulation of the parties herein, IT IS HEREBY ORDERED that the Case Management Conference scheduled for September 10, 2009 be continued for forty-five (45) days. As such, the new date for the Case Management Conference will be October 29, 2009.

IT IS SO ORDERED.

Dated: 9/9/09

_____
JUDGE, UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

CASE NO: 3:09-cv-00614-PJH

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE