MICHAEL P. VERNA (# 84070)
ROBERT I. WESTERFIELD (# 112183)
VERONICA ANN O. BENIGNO (# 238053)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rwesterfield@bowlesverna.com

Attorneys for Plaintiff
EAST BAY MUNICIPAL UTILITY DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Municipal Utility District,<br><br>    Plaintiff,<br><br>vs.<br><br>National Union Fire Insurance Company of Pittsburgh, PA.; Does 1 through 20, inclusive<br><br>    Defendants. | CASE NO.: 3:09-cv-00614-PJH<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to the Settlement Agreement, Plaintiff East Bay Municipal Utility District ("EBMUD") and Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") HEREBY STIPULATE that any and all claims in EBMUD's Complaint against National Union are dismissed with prejudice. EBMUD and National Union will each bear their own costs and fees.

Dated: October 21, 2009                    BOWLES & VERNA LLP

                                           By: /s/ *signature*
                                           ROBERT I. WESTERFIELD
                                           VERONICA ANN O. BENIGNO
                                           Attorneys for Plaintiff
                                           EAST BAY MUNICIPAL UTILITY
                                           DISTRICT

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

1                    CASE NO: 3:09-cv-00614-PJH
STIPULATION OF DISMISSAL AND ORDER

| | |
|---|---|
| Dated: October 21, 2009 | McCURDY & FULLER LLP |
| | By: *Kevin G. McCurdy* |
| | KEVIN G. McCURDY |
| | Attorneys for Defendant |
| | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. |

**IT IS SO ORDERED:**

DATED: 10/26/09

_____
JUDGE PHYLLIS J. HAMILTON

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2

CASE NO: 3:09-cv-00614-PJH
STIPULATION OF DISMISSAL AND ORDER